The People of the State of Illinois, defendant in error, v. Harry Klein, plaintiff in error. Gen. No. 24,935.

Prosecution on charge of vagrancy. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

James F. Fardy, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

William C. Backof, appellant, v. Anton J. Cermak, bailiff of Municipal Court of Chicago, and Nathan Schwartz, by Harry Levy, guardian ad litem, appellees. Gen. No. 24,981.

Suit to determine right to property levied upon under execution. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 16, 1919.

Thomas E. Swanson and Rush B. Johnson, for appellant. No appearance for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Era Bond, plaintiff in error. Gen. No. 24,493.

Prosecution for criminal conspiracy to commit larceny. Judgment of guilty. Error to the Criminal Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in this court at the October term, 1918. Reversed and remanded with directions. Opinion filed June 23, 1919.

Bernard J. Mahony and Charles P. R. Macaulay, for plaintiff in error. Maclay Hoyne, Edward E. Wilson and John K. Murphy, for defendant in error.

Mr. Justice Holdom delivered the opinion of the court.

---

Stephan Gorecki et al., appellants, v. Charles Hetherington et al., appellees. Gen. No. 24,700.

Suit to set aside promissory notes and trust deed securing same, on account of fraud and conspiracy. Decree in favor of complainants. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1919. Affirmed. Opinion filed June 23, 1919.

E. T. Noonan, for appellants; W. F. Cooling, of counsel. Sonnenschein, Berkson, Lautmann & Levinson, for appellees.

Mr. Justice Holdom delivered the opinion of the court.